**Opinion issued August 9, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-12-00114-CV

_____

**ROBERT W. ROTEN, Appellant**

**V.**

**GEORGE Z. CRAWFORD, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-20882**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 30, 2011. On July 3, 2012, the parties filed a joint motion to dismiss the appeal in order to effectuate a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2).

The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(f).  We dismiss any other pending motions as moot.  Costs of the appeal are taxed against the party who incurred them, in accordance with the parties' agreement.  *See* TEX. R. APP. P. 42.1(d).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.